# SCHNELLER & LOMENICK, P.A.

**Attorneys at Law**
**126 North Spring Street**
**P. O. Box 417***
**Holly Springs, Mississippi 38635**

| | |
|---|---|
| **Karen B. Schneller** | **Phone: 662-252-3224** |
| **Robert H. Lomenick, Jr.** | **Fax:    662-252-2858** |

September 26, 2022

United States Bankruptcy Court
Northern District of Mississippi
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730

> **RE:  Fynesse Robinson**
> **Chapter 13, Case # 22-11888**

Dear Clerk:

Please be advised that the correct mailing address for the **Creditor, Valley Finance**, in the above referenced cause of action is as follows:

**Valley Finance**
**P.O. Box 1043**
**Water Valley, MS 38965-1043**

Should you have any questions or need any further information, please do not hesitate to contact my office.

Sincerely,

/s/ Robert H. Lomenick

ROBERT H. LOMENICK

RHL/jh