# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                           CHAPTER 13 CASE NO:

FYNESSE ROBINSON                                            22-11888-JDW

## NOTICE OF MOTION TO DISMISS

Should any party receiving this Notice respond to the Motion, such response is required to be filed on or before December 22, 2022, with the Clerk of this Court using the CM/ECF system or at the following address:

> Shallanda J. Clay, Clerk of Court
> U. S. Bankruptcy Court
> Northern District of Mississippi
> 703 Highway 145 North
> Aberdeen, MS 39730

A copy of such response must be served on the Chapter 13 Trustee. If no responses are filed, the Court may consider the Motion immediately after the time for responses has expired. In the event a response is filed, the Court will notify you of the date, time, and place of the hearing.

## CERTIFICATE OF SERVICE

I, the undersigned Attorney for Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to all affected creditors and their attorney if known.

Dated: November 30, 2022.

**LOCKE D. BARKLEY**
**CHAPTER 13 TRUSTEE**

/s/ Melanie T. Vardaman
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  　　　　　　　　　　　　CHAPTER 13 CASE NO.:

FYNESSE ROBINSON　　　　　　　　　　　　　22-11888-JDW

### MOTION TO DISMISS

COMES NOW Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), by and through counsel, and files this Motion to Dismiss (the "Motion") and in support thereof states as follows:

1. On August 5, 2022, the Debtor initiated this proceeding with the filing of a Chapter 13 bankruptcy petition. The Debtor filed her proposed Chapter 13 Plan on August 5, 2022 (Dkt. #2) (the "Plan"). The Section 341(a) Meeting of Creditors was held on September 15, 2022. Except as stated below, this case would otherwise be ready for confirmation.

2. The Debtor has failed to fully fund the Plan and is $967.67 delinquent in plan payments through November 2022. Plan payments continue to accrue at the rate of $773.50 monthly thereafter. The failure by the Debtor to fund the Plan demonstrates that the Plan is not feasible.

3. The Trustee requests that this bankruptcy case be dismissed.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays that upon notice and hearing that this Court enter its order granting the Motion and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated:  November 30, 2022.

                                    Respectfully submitted,

                                    **LOCKE D. BARKLEY,**
                                    **CHAPTER 13 TRUSTEE**

             By:    /s/ Melanie T. Vardaman
                      ATTORNEYS FOR TRUSTEE
                      W. Jeffrey Collier (MSB 10645)
                      Melanie T. Vardaman (MSB 100392)
                      6360 I-55 North, Suite 140
                      Jackson, MS 39211
                      (601) 355-6661
                      ssmith@barkley13.com

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: November 30, 2022.

                                                /s/ Melanie T. Vardaman
                                                MELANIE T. VARDAMAN